IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MELISSA CRISP,

                         Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                         Defendant.

ORDER

15-cv-128-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have filed a motion for remand under sentence four of Section 405(g) of the Social Security Act. The motion will be granted.

      On remand, the Administrative Law Judge will further consider the evidence and reassess plaintiff's residual functional capacity. The Administrative Law Judge will then reevaluate plaintiff's ability to return to her past relevant work and, if warranted, perform other jobs in the national economy.

ORDER

      IT IS ORDERED that this case is REMANDED to the Commissioner for further

1

action as outlined above.

Entered this \_\_\_\_25th\_\_\_\_ day of September, 2015.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge