IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MELISSA CRISP,                                          ORDER

        Plaintiff,                                     15-cv-128-bbc

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Meredith Marcus, counsel for plaintiff Melissa Crisp, has moved for authorization of attorney fees for his representation of plaintiff. Counsel is seeking $10,300 under the 42 U.S.C. §§ 206(b)(1) and 406(b). Defendant Nancy Berryhill, Acting Commissioner of the Social Security Administration, does not oppose plaintiff's counsel's request. Accordingly, I am granting plaintiff's counsel's motion.

After counsel for the parties veries that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $10,300 to counsel in accordance with the assignment executed by plaintiff and her counsel.

1

ORDER

IT IS ORDERED that plaintiff Melissa Crisp's motion for attorney fees in the amount of $10,300, dkt. #23, is GRANTED.

Entered this 14th day of April, 2017.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge